IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TONY FLOYD LEWIS, as Special Administrator
of the Estate of Leslie Lewis, Deceased, and on
Behalf of Himself and All Heirs at Law**
                                                                                                                    **PLAINTIFFS**

v.                                            CASE NO. 3:21CV00066 LPR

**SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL COMPANY;
SHARKEY TRANSPORT SERVICES, INC.;
JOHN DOE TRUCKING ENTITIES 1-5;
JOHN DOE INSURANCE COMPANIES 1-5;
and JOHN DOES 1-5**                                                                        **DEFENDANTS**

## ORDER OF TRANSFER

The clerk is directed to reassign this case to District Judge Kristine Baker because she is presiding over a related case, *David Kayne Steele et al. v. Sharkey Transportation, Inc., et al.*, Case No. 3:21CV00064 KGB.

IT IS SO ORDERED this 8th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE