IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY FLOYD LEWIS
As Special Administrator of the Estate of
Leslie Lewis, Deceased, On Behalf of Himself
and All Heirs At Law                                                                              PLAINTIFFS

v.                            Case No. **3:21-cv-00066 KGB**

SHARKEY TRANSPORTATION, INC., *et al.*                                               DEFENDANTS

## ORDER

Before the Court is plaintiff Tony Floyd Lewis's complaint as special administrator of the Estate of Leslie Lewis deceased, on behalf of himself and all heirs at law (Dkt. No. 1). Mr. Lewis's claims are related closely to claims in another case filed in the Eastern District of Arkansas that has been transferred to the Honorable D.P. Marshall Jr. *See Steele v. Sharkey Transportation Inc., et al.*, 3:21-cv-00064-DPM. In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to transfer this case to the Honorable D.P. Marshall Jr.

So ordered this 4th day of May, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge