# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

DAVID KAYNE STEELE, As Personal
Representative on Behalf of the Estate of
Ashley Steele, Deceased, and on Behalf of
Himself and all Heirs at Law                                          PLAINTIFF

v.                             3:21-cv-64-DPM

SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL
COMPANY; SHARKEY TRANSPORT
SERVICES, INC.; John Doe Trucking Entities
1-5; John Doe Insurance Companies; and
John Does 1-5                                                         DEFENDANTS

AND

TONY FLOYD LEWIS, as Special Administrator
Of the Estate of Leslie Lewis, Deceased, and on
Behalf of Himself and all Heirs at Law                                PLAINTIFF

v.                             3:21-cv-66-DPM

SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL
COMPANY; SHARKEY TRANSPORT
SERVICES, INC.; John Doe Trucking Entities
1-5; John Doe Insurance Companies; and
John Does 1-5                                                         DEFENDANTS

## ORDER

1. Motion to amend, *Doc. 23*, granted. Amended complaint due by 20 May 2022.

**2.** The Court is unable to keep the 25 July 2022 trial date set by Judge Baker. The Final Scheduling Order, *Doc. 20*, is suspended. The joint motions to continue the trial date and rebuttal expert deadline, *Doc. 43 & 54*, are denied as moot. An Amended Final Scheduling Order with new deadlines will issue.

**3.** The Court notes the discovery dispute motions, *Doc. 28 & 30*, and will address them when ripe. The related motions to file under seal, *Doc. 26–1, 32 & 33*, are granted. Please send courtesy copies of the sealed documents to Jonesboro chambers.

**4.** The motions regarding a protective order, *Doc. 34, 36 & 46*, are denied without prejudice. The Amended Final Scheduling Order will outline the procedure for submitting an agreed protective order.

**5.** The motions for leave to file a reply, *Doc. 40 & 41*, are granted. The proposed replies, *Doc. 40–1 & 41–1*, are deemed filed. In the future, any moving party may reply within seven days of a response.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>9 May 2022</u>