IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID KAYNE STEELE, As Personal Representative On Behalf of the Estate of Ashley Steele, Deceased, and On Behalf of Himself and All Heirs at Law and RUSSELL LEMONS, Co-Personal Representative on Behalf of himself and all heirs at law — PLAINTIFFS

v. No. 3:21-cv-64-DPM-PSH

SHARKEY TRANSPORTATION, INC.; SISBRO, INC.; SHIPPERS RENTAL COMPANY; SHARKEY TRANSPORT SERVICES, INC.; John Doe Trucking Entities 1-5; John Doe Insurance Companies; and John Does 1-5 — DEFENDANTS

AND

TONY FLOYD LEWIS, as Special Administrator Of the Estate of Leslie Lewis, Deceased, and on Behalf of Himself and all Heirs at Law — PLAINTIFF

v. No. 3:21-cv-66-DPM-PSH

SHARKEY TRANSPORTATION, INC.; SISBRO, INC.; SHIPPERS RENTAL COMPANY; SHARKEY TRANSPORT SERVICES, INC.; John Doe Trucking Entities 1-5; John Doe Insurance Companies; and John Does 1-5 — DEFENDANTS

# ORDER

**1.** Status reports, *Doc. 134-135*, noted. I will address them because they involve the trial date and scheduling to get the case trial-ready.

**2.** Trial is set first out on 3 June 2024 in Jonesboro. A Scheduling Order with final pretrial deadlines will issue.

**3.** The parties' agreed extensions of some deadlines are adopted. The deposition deadline for experts is extended to 29 September 2023. Dispositive motions and *Daubert* motions are due by 3 November 2023. No extensions will be granted for briefing on these motions.

**4.** The request to reopen the period for some fact depositions is partly granted and partly denied. A corporate representative from Schulze and Burch Biscuit Company may be deposed on a date selected by defense counsel before 29 September 2023. No sufficient reason has been offered for a tardy deposition of any other corporate representative.

**5.** The recommended disposition on all dispositive motions and *Daubert* motions is due by 24 January 2024. No extension of the objection period will be granted. I look forward to receiving Magistrate Judge Harris's recommendations and appreciate her continued work on the case. No good reason exists to vary now from the protocol I ordered in October 2022. *Doc. 76 at 2.*

So Ordered.

D.P. Marshall Jr.
United States District Judge

22 August 2023