## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

### TONY FLOYD LEWIS                                    PLAINTIFF

v.                            No: 3:21-cv-66-DPM

SHARKEY TRANSPORTATION, INC;
SISBRO, INC; SHIPPERS RENTAL
COMPANY; SHARKEY TRANSPORT
SERVICES, INC.; JOHN DOE TRUCKING
ENTITIES, 1-5; JOHN DOE INSURANCE
COMPANIES, 1-5; JOHN DOES 1-5                    DEFENDANTS

### JUDGMENT

Lewis's complaint is dismissed with prejudice.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

22 September 2023